**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    CHARLES LESTER CLAPP,
    a/k/a "Charles Clapp," "Chuck Lester Clapp," "Chuck," "Panson," "Marrana," "Tubos,"

    Defendants.

---

**ORDER GRANTING MOTION FOR REMOVAL OF ATTORNEY
FROM ECF NOTIFICATIONS**

---

This matter is before the Court on the Notice Requesting Termination of Electronic Service (which the Court deems a motion) (Doc. # 135), filed by Lisa Monet Wayne. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete the name Lisa Monet Wayne from future ECF filings and electronic notifications in this case.

    DATED: May   7  , 2009        BY THE COURT:

                                                                     _____
                                                                     CHRISTINE M. ARGUELLO
                                                                     United States District Judge