# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez  
Interpreters:  Ruth Warner  
               Melinda Gonzalez-Hibner

Date: January 19, 2010

---

Criminal Action No. 09-cr-00189-CMA

*Parties:*                                          *Counsel:*

UNITED STATES OF AMERICA,                           Zachary Phillips

    Plaintiff,

v.

2. PAULINO PARRA-RAYOS,                             John Sullivan
    a/k/a "Sinaloa," "Lino,"
3. SIGIFREDO CHAVEZ-CUEVAS,                         Thomas Hammond
    a/k/a "Alfredo Cuevas-Corral,"
    a/k/a "Alber,"
    a/k/a "Alfredo,"
    a/k/a "Sigi,"
5. EUJENIO MORENO,                                  Lisabeth Castle
    a/k/a "Gallo,"
    a/k/a "Orlando,"
    a/k/a "El Pintor,"
6. CHARLES LESTER CLAPP,                            Frank Moya
    a/k/a "Charles Clapp,"
    a/k/a "Chuck Lester Clapp,"
    a/k/a "Chuck,"
    a/k/a "Panson,"
    a/k/a "Marrana,"
    a/k/a  "Tubos,"
7. JESUS MALDONADO JUNIOR,                          Jeralyn Merritt
    a/k/a "Junior Jesus Maldonado,"
    a/k/a "Junior Maldonado,"
    a/k/a "Jesus Maldonado,"
    a/k/a "Junior,"
    a/k/a" Brujilla,"
    a/k/a "Brujita,"
8.  ARTURO JULIO ZATARAIN-MORROY,                   Frances Simonet

|   |   |
|---|---|
| a/k/a "Arturo Zatarain," | |
| a/k/a "Arturo Julio Zatarain," | |
| a/k/a "Julio Zatarain-Morro," | |
| a/k/a "Julio Morroy," | |
| a/k/a "Turbo, " | |
| a/k/a "Toast," | |
| 9. ANTHONY LEE VALDEZ, | Robert Driscoll |
| a/k/a "Anthony Valdez," | |
| 11. MARIO ALBERTO BORJA-SALAS, | Patrick Ridley |
| a/k/a "Mario Borja," | |
| a/k/a "Santa's Helper," | |
| a/k/a "Mayito," | |
| 12. CHRISTOPHER HYUONGHUNG REIVICH, | Nicholas German |
| a/k/a "Chino," | |
| a/k/a "Arroz," | |
| 13. JOSE ANTONIO MARTINEZ-SOLIS, | Dana Casper |
| a/k/a "Calson," | |
| a/k/a "El Pintor," | |
| 14. URIEL REYES-MACIAS, | Nathan Chambers |
| a/k/a "Jose Antonio Martinez-Solis," | |
| 15. TOBY LOPEZ, | Alaurice Tafoya-Modi |
| 16. MATTHEW WOLFE ROSEN, | Abraham Hutt |
| a/k/a "Cojiba," | |
| a/k/a "Cohiba," | |
| 17. OBED ISRAEL HIDLAGO-HERNANDEZ, | John Schlie |
| a/k/a "Israel," | |
| 18. OSVALDO QUIROZ-ZUNIGA, | Arthur Neito |
| a/k/a "Valdo," | |
| 20. JESUS ALBERTO REYES-LOPEZ, | Scott Jurdem |
| a/k/a "Alberto Reyes-Lopez," | |
| a/k/a "Alberto," | |
| a/k/a "Yogi," | |
| a/k/a "Cinco," | |
| 21. JOSE ROBERTO VASQUEZ, | David Koppa |
| a/k/a "Jose Robert Vasquez," | |
| a/k/a "Taliban," and | |
| 22. JOSE GABINO RODRIGUEZ-RIVERA, | Scott Jurdem |
| a/k/a "Zacatecas," | |

Defendants.

_____

## COURTROOM MINUTES
_____

2

HEARING: Motions

**1:42 p.m.       Court in session**.

Defendants Reivich and Quiroz-Zuniga present on bond.

Defendants Madrid-Gurrola, Parra-Rayos, Chavez-Cuevas, Moreno, Clapp, Maldonado Junior, Zatarain-Morroy, Valdez, Marmolejo-Medina, Borja-Salas, Martinez-Solis, Reyes-Macias, Lopez, Rosen, Hildago-Hernandez, Guitierrez, Reyes-Lopez, Vasquez, and Rodriguez-Rivera present in custody.

Defendants using interpreters:       Madrid-Gurrola, Parra-Rayos, Chavez-Cuevas, Moreno, Maldonado Junior, Marmolejo-Medina, Borja-Salas, Martinez-Solis, Reyes-Macias, Hildago-Hernandez, and Quiroz-Zuniga.

Also present: Special Agent Denis Follet.

Arguments on motions.

## 2. PAULINO PARRA-REYOS:

**ORDER:**     Defendant Parra-Reyos' Motion for Discovery and Disclosure **(437)** is **granted in part and denied in part** as stated on the record.

## 3. SIGIFREDO CHAVEZ-CUEVAS:

**ORDER:**     Defendant Chavez-Cuevas' Motion to Disclose Identity of and Information Relating to Government's Informant Who is a Percipient Witness **(439)** is **granted** as stated on the record.

**ORDER:**     Defendant Chavez-Cuevas' Motion to Dismiss Count 1, Count 20 or Count 21, and Counts 20, 21, 22, 41, 42, 44, 46, 47, 50, 51, and 52 **(440)** is **denied**.

**ORDER:**     Defendant Chavez-Cuevas' Motion for Preservation and Production of Rough Interview Notes and Records **(441)** is **granted**.

**ORDER:**     Defendant Chavez-Cuevas' Motion for Production of *Bruton* and Rule 801(d)(2)(E) Material and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements **(442)** is **granted**.

**EUJENIO MORENO:**

**ORDER:** Defendant Moreno's Motion to Exclude Evidence (418) **denied** without prejudice as premature.

**ORDER:** Defendant Moreno's Motion of Impeaching Information Concerning and Witness the Prosecution Intends on Calling at Trial **(419)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Moreno's Motion for Discovery of Government Notes **(420)** is **granted**.

**ORDER:** Defendant Moreno's Motion to Dismiss Count One of the Indictment **(429)** is **denied**.

**ORDER:** Defendant Moreno's Motion for Disclosure of Information Regarding Confidential Source 08-05 **(430)** is **granted** as stated on the record.

**ORDER:** Defendant Moreno's Motion for Early Disclosure of *Jenks* [sic] Material **(431)** is **granted** as stated on the record.

**ORDER:** Defendant Moreno's First Motion for Discovery **(433)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Moreno's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statement **(434)** is **granted**.

**ORDER:** Defendant Moreno's Motion for Discovery of Expert Witness Identification Testimony and for Reports of Examinations and Tests **(435)** is **granted** as stated on the record.

**7. JESUS MALDONADO, JUNIOR:**

**ORDER:** Defendant Maldonado's Motion for Disclosure Pursuant to Rules 404(b), Federal Rules of Evidence **(403)** is **granted**. Government shall provide notice 60 days before trial.

**ORDER:** Defendant Maldonado's Request for *Brady* (Exculpatory) Material **(404)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Maldonado's First Motion for Discovery **(405)** is **granted in part and denied in part** as stated on the record.

**ORDER:**     Defendant Maldonado's Second Motion for Discovery **(406)** is **granted in part and denied in part** as stated on the record.

**ORDER:**     Defendant Maldonado's Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rules 702, 703 or 705, F.R.E., and 16(a)(1)(D) and (E), Fed.R.Crim.P. **(407)** is **granted** as stated on the record.

**ORDER:**     Defendant Maldonado's Motion to Disclose Substance of Proffers of Cooperating Government Witnesses **(408)** is **granted**.

**ORDER:**     Defendant Maldonado's Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements **(409)** is **granted**.

**ORDER:**     Defendant Maldonado's Motion to Disclose Confidential Informants **(410)** is **granted** as stated on the record.

**ORDER:**     Defendant Maldonado's Motion for Preservation of Tapes and Notes **(411)** is **granted**.

**ORDER:**     Defendant Maldonado's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment **(412)** is **granted** as stated on the record.

**ORDER:**     Defendant Maldonado's Motion for Bill of Particulars as to Telephone Counts **(413)** is **denied**.

### 9. ANTHONY LEE VALDEZ:

**ORDER:**     Defendant Valdez' Motion for Notice of the People's Intent to Introduce Evidence of Other Crimes, Wrongs or Acts Under F.R.E. Rule 404(b) **(444)** is **granted**.  Government shall provide notice 60 days before trial.

**ORDER:**     Defendant Valdez' Motion to Dismiss Count One of the Indictment **(491)** is **denied**.

**ORDER:**     Defendant Valdez' Motion to Disclose Confidential Informants **(492)** is **granted** as stated on the record.

**ORDER:**     Defendant Valdez' Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to F.R.E. Rules 702, 703, and 705, and Fed.R.Crim.P. Rules 16(a)(D) and (E) **(493)** is **granted** as stated on the record.

**ORDER:** Defendant Valdez' Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and for *James* Hearing to Determine the Admissibility of Alleged Co-Conspirator Statements **(494)** is **granted** as stated on the record.

**ORDER:** Defendant Valdez' Motion for Bill of Particulars as to Telephone Counts **(495)** is **denied**.

**ORDER:** Defendant Valdez' Request for *Brady* (Exculpatory) Material **(496)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Valdez' Motion for Discovery of Government Notes **(497)** is **granted**.

**ORDER:** Defendant Valdez' Motion to Disclose Substance of Proffers of Cooperating Government Witnesses **(498)** is **granted** as stated on the record.

**ORDER:** Defendant Valdez' Motion for Disclosure of *Jencks* Material **(499)** is **granted** as stated on the record.

### 12. CHRISTOPHER HYUONGHUNG REIVICH:

**ORDER:** Defendant Reivich's Request for Notice of Intent to Call Expert Witnesses and Discovery Pursuant to Rule 16(a)(1)(D) and (E), and Fed.R.Crim.P. **(473)** is **granted** as stated on the record.

**ORDER:** Defendant Reivich's Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence **(474)** is **granted**. Government shall provide notice 60 days before trial.

**ORDER:** Defendant Reivich's Motion to Disclose and Produce *Brady* (Exculpatory) Material **(475)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Reivich's Motion for Discovery **(477)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Reivich's Motion for Preservation of Recordings and Notes **(478)** is **granted**.

**ORDER:** Defendant Reivich's Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment **(479)** is **granted** as stated on the record.

**ORDER:**     Defendant Reivich's Motion to Disclose Identity of Informants **(480)** is **granted** as stated on the record.

**ORDER:**     Defendant Reivich's Request for Notice by the Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. **(481)** is **granted** as stated on the record.

### 13. JOSE ANTONIO MARTINEZ-SOLIS:

**ORDER:**     Defendant Martinez-Solis' Motion for a Bill of Particulars **(482)** is **denied**.

**ORDER:**     Defendant Martinez-Solis' Motion for Discovery of Government Notes **(483)** is **granted**.

**ORDER:**     Defendant Martinez-Solis' Motion for Impeachment Information Concerning any Witness the Prosecution Intends to Call at Trial **(484)** is **granted in part and denied in part** as stated on the record.

**ORDER:**     Defendant Martinez-Solis' Motion for Identity of Informants **(485)** is **granted** as stated on the record.

**ORDER:**     Defendant Martinez-Solis' Motion to Dismiss Count One of the Indictment **(486)** is **denied**.

**ORDER:**     Defendant Martinez-Solis' Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment **(487)** is **granted** as stated on the record.

**ORDER:**     Defendant Martinez-Solis' Motion for Production of *Bruton* and Rule 801(3)(2)(e) Material and Motion for a *James* Hearing to Determine the Admissibility of Alleged Co-Conspirator Statements **(488)** is **granted**.

### 15.  TOBY LOPEZ:

**ORDER:**     Defendant Lopez' to Dismiss Count One for Insufficient or in the Alternative for a Bill of Particular **(390)** is **denied**.

**ORDER:**     Defendant Lopez' Motion for Government to Disclose Rule 404(B), 608 and 609 Evidence Sought to be Used by the Government at Trial **(391)** is **granted**.  Government shall provide notice 60 days before trial.

**ORDER:**     Defendant Lopez' Motion for Disclosure of Information Regarding Confidential Source 08-05 **(393)** is **granted** as stated on the record.

**ORDER:**   Defendant Lopez' Motion for Early Disclosure of *Jenks* [sic] Material **(396)** is **granted** as stated on the record.

**ORDER:**   Defendant Lopez' Motion for Discovery of Expert Witness Identification and Testimony, and for Reports of Examinations and Tests **(401)** is **granted** as stated on the record.

**ORDER:**   Defendant Lopez' Motion for Discovery Pertaining to Toby Lopez **(432)** is **granted in part and denied in part** as stated on the record.

**ORDER:**   Defendant Lopez' Motion for Preservation of Tapes and Notes **(455)** is **granted**.

**ORDER:**   Defendant Lopez' Motion for *James* Hearing **(456)** is **granted**.

**ORDER:**   Defendant Lopez' Motion to Disclose Identity of Government Informants who are Percipient Witnesses **(457)** is **granted** as stated on the record.

**ORDER:**   Defendant Lopez' Motion to Compel Disclosure of Existence and Substance of Promises, Immunity, Leniency or Preferential Treatment **(458)** is **granted** as stated on the record.

**ORDER:**   Defendant Lopez' Motion to Disclose Substance of Proffers of Cooperating Government Witnesses **(459)** is **granted**.

### 17. OBED ISRAEL HILDAGO-HERNANDEZ:

**ORDER:**   Defendant Hildago-Hernandez' Motion to Dismiss Count One for Insufficiency on in the Alternative for a Bill of Particulars **(398)** is **denied**.

### 18. OSVALDO QUIROZ-ZUNIGA:

**ORDER:**   Defendant Quiroz-Zuniga's Motion to Dismiss Count One of the Indictment **(392)** is **denied**.

### 20. JESUS ALBERTO REYES-LOPEZ:

**ORDER:**   Defendant Reyes-Lopez' Motion for Early Disclosure of *Jencks* Material **(399)** is **granted** as stated on the record.

**ORDER:**   Defendant Reyes-Lopez' Motion for Disclosure of Evidence Favorable to the Accused Not Previously Disclosed by the Prosecution or Previously Requested in Other Motions **(422)** is **granted in part and denied in part** as stated on the record.

**ORDER:** Defendant Reyes-Lopez' Motion for a Bill of Particulars **(423)** is **denied**.

**ORDER:** Defendant Reyes-Lopez' Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and Motion for a *James* Hearing to Determine the Admissibility of Alleged Co-Conspirator/Participant Statements **(424)** is **granted**.

**ORDER:** Defendant Reyes-Lopez' Motion for Disclosure of Confidential Informants **(425)** is **granted** as stated on the record.

### 21.  JOSE ROBERTO VASQUEZ:

**ORDER:** Defendant Vasquez' Motion to Dismiss Count 1 of the Indictment **(385)** is **denied**.

**DEADLINES/HEARINGS:**
All wire tape motions and responses due at least **10 days before** the March 18 -19, 2010 motions hearing.

**ORDER:** Defendants Reivich and Quiroz-Zuniga bonds are continued.

**ORDER:** Defendants Madrid-Gurrola, Parra-Rayos, Chavez-Cuevas, Moreno, Clapp, Maldonado Junior, Zatarain-Morroy, Valdez, Marmolejo-Medina, Borja-Salas, Martinez-Solis, Reyes-Macias, Lopez, Rosen, Hildago-Hernandez, Guitierrez, Reyes-Lopez, Vasquez, and Rodriguez-Rivera remanded to the custody of the United States Marshal.

**3:21 p.m.    Court in recess/hearing concluded**.

Total in-court time: 1:39